**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00548-CV

## IN THE INTEREST OF S.V., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

Before the Court is appellant's March 23, 2020 motion to abate the appeal due to missing trial exhibits. The court reporter filed a supplemental reporter's record containing the trial exhibits on April 6, 2020. Accordingly, we **DENY** the motion as moot.

Also before the Court is appellant's March 23, 2020 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **May 8, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE